190 So. 919

**W. W. ROWAN v. Robert H. FORMAN**
**(Successor to C. E. Gibbs Contr. &**
**Roof. Co.)**
**7 Div. 547.**

Supreme Court of Alabama.
May 30, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

192 So. 908

**B. F. SMITH v. H. J. SCHWAB.**
**6 Div. 481.**

Supreme Court of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

190 So. 919

**Clarence Robert SMITH v. STATE.**
**8 Div. 935.**

Supreme Court of Alabama.
May 18, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

190 So. 919

**SOUTHERN TRANSIT CO. v. James S.**
**PATTERSON, as Adm'r.**
**I Div. 66.**

Supreme Court of Alabama.
June 10, 1939.

W. C. Taylor, of Mobile, for appellant.
D. R. Coley, Jr., of Mobile, for appellee.

PER CURIAM.
Appeal dismissed on motion of appellant.

189 So. 917

**STATE ex rel. Lowery CURLEE v. Joe M.**
**PELHAM, Jr., as Judge, Circuit Court,**
**Washington County.**
**I Div. 64.**

Supreme Court of Alabama.
May 2, 1939.

Granade & Granade, of Chatom, for relator.

PER CURIAM.
Rule nisi denied.

192 So. 908

**Jim STEADMAN et al. v. D. C.**
**RANDOLPH.**
**8 Div. 884.**

Supreme Court of Alabama.
Nov. 2, 1939.

Wm. L. Chenault, of Russellville, for appellants.
Robt. E. Coburn, Jr., of Moulton, for appellee.

PER CURIAM.
Affirmed on certificate.